FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 30 PM 2:06

Joshua M. Freeman
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendant
Municipality of Anchorage

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE STAHLMAN FAMILY FOUNDATION, INC., Assignee for Pinettes, Inc., and TERRY STAHLMAN, and JIM GOARD, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> THE NEW PEANUT FARM, INC., DOWL, LLC, NANA DEVELOPMENT, INC, MUNICIPALITY OF ANCHORAGE, ZONING BOARD OF EXAMINERS AND APPEALS, DEPARTMENT COMMUNITY PLANNING AND DEVELOPMENT, A MUNICIPAL BUILDING OFFICIAL, Jack Lewis, Tim Potter, Ron Thompson And Donald Alspach, Individually. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

A 05 - 3 0 1 • CV

Case No. 3AN-05-6032 CI
U.S. District Court Case No. _____

### NOTICE TO ADVERSE PARTIES OF FILING OF NOTICE REMOVAL

TO: The Stahlman Family Foundation, Inc., Assignee for Pinettes, Inc., and Terry M. Stahlman, and Jim Goard, Individually.

Please take notice that the defendant Municipality of Anchorage, filed a notice of removal of the above-captioned action in the United States District Court for the District of Alaska. A copy of the notice of removal has been filed with the Clerk of the Trial

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Courts, Third Judicial District, State of Alaska. A copy of the notice of removal is attached.

RESPECTFULLY submitted this _29_ day of December, 2005.

FREDERICK H. BONESS
Municipal Attorney

By: _____
Joshua M. Freeman
Assistant Municipal Attorney
Alaska Bar No. 0305015

I hereby certify that I caused to be mailed (to hand delivered) a true and correct copy of the foregoing to:
_P.C. Gemache; D. Coffey_
on _30th_ day of _Dec_ 20_05_

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Notice of Adverse Parties of Filing of Notice of Removal
Stahlman, et al. v. New Peanut Farm, et al.
Sup. Ct. Case #: 3AN-05-6032 CI
Page 2 of 2