FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 30 PM 2: 07

Joshua M. Freeman
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendant
Municipality of Anchorage

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

THE STAHLMAN FAMILY FOUNDATION,      )
INC., Assignee for Pinettes, Inc., and TERRY      )
STAHLMAN, and JIM GOARD, Individually,      )
                                                                    )
                    Plaintiffs,      )
                                                                    )
vs.      )
                                                                    )
THE NEW PEANUT FARM, INC., DOWL, LLC,      )
NANA DEVELOPMENT, INC,      )
MUNICIPALITY OF ANCHORAGE, ZONING      )
BOARD OF EXAMINERS AND APPEALS,      )
DEPARTMENT COMMUNITY PLANNING AND      )
DEVELOPMENT, A MUNICIPAL BUILDING      )        A 0 5 - 3 0 1 - CV
OFFICIAL, Jack Lewis, Tim Potter, Ron Thompson      )
And Donald Alspach, Individually.      )
                                                                    )
                    Defendants.      )
_____)

Case No. 3AN-05-6032 CI
U.S. District Court Case No. ___ _____ _____

## NOTICE OF FILING AND DESIGNATION
## OF STATE COURT PROCEEDING RECORDS

Defendant, Municipality of Anchorage, gives notice to the court that it has

attached copies of all records and proceedings held to date in the above-captioned Alaska

Superior Court Case No. 3AN-05-6032 CI, which is the subject of the Municipality's

Notice of Removal. A copy of all documents served upon the Municipality of Anchorage

are attached as follows:

**MUNICIPALITY
OF
ANCHORAGE**

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

| Tab No. | Date Signed | Party | Pleading/Comments |
|---|---|---|---|
| 1 | 3/16/05 | Shipps | Complaint Package |
| 2 | 03/22/05 | Shipps | Pltf's Rule 15 Notice of Filing First Amended Complaint Before Answer and Rule 38 Demand For Jury Trial |
| 3 | 03/28/05 | Shipps | Pltf's Request for Judicial Notice of the Following Facts |
| 4 | 04/06/05 | Shipps | Pltf's Rule 15 Notice of Filing Second Amended Complaint Before Answer and Motion for Summary Judgment |
| 5 | 04/06/05 | Shipps | Plaintiff's Motion for Summary Judgment |
| 6 | 04/06/05 | Coffey | Entry of Appearance (for Defendant Jack Lewis) |
| 7 | 04/13/05 | Pate | Entry of Appearance (for Defendants Dowl Engineers, Dowl, LLC and NANA Development, Inc. and Tim Potter |
| 8 | 04/13/05 | Shipps | Motion for TRO, Writ of Mandamus and Exp. Considersation |
| 9 | 04/14/05 | Court | Order Granting Expedited Consideration |
| 10 | 04/18/05 | Shipps | Plaintiffs Motion for Reconsideration (TROs and Request for Declaration that ZBEA Res. No. 2003-032 is Void) |
| 11 | 04/20/05 | Court | Order Inviting Defendants to Reply to Motion for Reconsideration (TRO denial and ZBEA) |
| 12 | 04/22/05 | Shipps | Plaintiff's Motion to Enjoin Performance of the AIDEA Loan |
| 13 | 04/22/05 | Pate | Notice re Plaintiffs Motion for Summary Judgment |
| 14 | 04/26/05 | MOA | Answer to 2nd Amended Complaint (and Entry of Appearance by MOA) |
| 15 | 04/28/05 | MOA | Exhibits (1-15, no #5 included) |

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Notice of Filing & Designation of State Ct. Proceeding Records
Stahlman, et al. v. New Peanut Farm, et al.
Sup. Ct. Case #: 3AN-05-6032
Page 2 of 6

| 16 | 04/28/05 | Shipps | Pltf's Motion for Joinder of Parties Needed for Just Adjudication |
| 17 | 04/28/05 | Shipps | Pltf's Rule 15 Notice of Filing Fourth Amended Complaint Before Answer |
| 18 | 05/02/05 | MOA | Opposition to Motion for Reconsideration |
| 19 | 05/02/05 | MOA | Opposition to Motion to Enjoin Perf. Of the AIDEA Loan |
| 20 | 05/02/05 | Pate | Opposition to Motions for Reconsideration, Temporary Restraining Order and Request for a Declaration that ZBEA Resolution No. 2003-032 is Void |
| 21 | 05/02/05 | Shipps | Plaintiff's Request for Judicial Notice |
| 22 | 05/04/05 | Shipps | Reply to Defendant's Opposition to Motions for Reconsideration, TRO and ZBEA Resolution |
| 23 | 05/04/05 | Coffey | Peanut Farm's Oppo to Pltf's Motion for Reconsideration |
| 24 | 05/09/05 | Coffey | Jack Lewis' Oppo to Pltf's Motion for Joinder |
| 25 | 05/09/05 | Pate | Amended Entry of Appearance |
| 26 | 05/09/05 | Pate | Answer of Dowl LLC, Dowl Engineers & Nana Dev. |
| 27 | 05/12/05 | Pate | Opposition to Motion for Joinder |
| 28 | 05/13/05 | Coffey | Defendant Peanut Farm's Answer to 2nd Amended Complaint |
| 29 | 05/17/05 | Shipps | Plaintiff's Motion for Partial Summary Judgment as to Claims I-III |
| 30 | 05/18/05 | Shipps | Plaintiff's Motion for Partial Summary Judgment as to Claim IV |

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Notice of Filing & Designation of State Ct. Proceeding Records
Stahlman, et al. v. New Peanut Farm, et al.
Sup. Ct. Case #: 3AN-05-6032
Page 3 of 6

| 31 | 05/18/05 | Shipps | Plaintiff's Motion for Partial Summary Judgment as to Claims V-VII |
| 32 | 05/25/05 | Pate | Dowl, Dowl Eng, NANA Devel's Answer to 4th Amended Complaint |
| 33 | 05/27/05 | Pate | Opposition to Motions for Summary Judgment as to Claims I-VII |
| 34 | 05/27/05 | Pate | Motion for Summary Judgment to Dismiss Claims against NANA |
| 35 | 06/01/05 | MOA | Opposition to Plaintiffs' Motion for Partial Summary Judgment on Claims I-VII or in the Alternative Motion for Continuance |
| 36 | 06/01/05 | Ernouf | Defendant Peanut Farm's Answer to 4th Amended Complaint |
| 37 | 06/01/05 | Ernouf | Opposition to Plaintiffs' Motions for Summary Judgment as to Claims I-VII |
| 38 | 06/15/05 | Shipps | Plaintiffs Opposition to NANA's Motions for SJ to Dismiss Claims Against NANA and Prayer for Disgorgement of Profits |
| 39 | 06/17/05 | Shipps | Plaintiffs Motion for Joinder of AIDEA & Joinder of 42 USC 1983 Claim |
| 40 | 06/20/05 | Shipps | Plaintiffs Request for Oral Argument & Expedited Consideration of Motions Ripe for Judicial Findings |
| 41 | 06/20/05 | Shipps | Plaintiffs Motion for Temporary Restraining Order Enjoining AIDEA from Performing AS 44.88.080 |
| 42 | 06/20/05 | Shipps | Plaintiffs Motion for Judicial Review of AIDEA's Final Administrative Order Denying Pltff's a Hearing Pursuant to AS 44.62.360 & AS 44.62.370 |
| 43 | 06/22/05 | Pate | NANA's Reply Re: Motion for Summary Judgment to Dismiss Claims Against NANA |

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Notice of Filing & Designation of State Ct. Proceeding Records
Stahlman, et al. v. New Peanut Farm, et al.
Sup. Ct. Case #: 3AN-05-6032
Page 4 of 6

| 44 | 06/24/05 | Pate | Motion & Memorandum for Expedited Consideration of Joint Motion for Court Review of Plaintiffs' Motions Prior to Opposition |
| 45 | 06/21/05 | Shipps | Pltf's Supplemental Memo in Support of Request for Oral Argument & Expedited Consideration of Motions Ripe for Judicial Findings |
| 46 | 06/24/05 | Pate | Opposition to Pltf's Request for Oral Argument & Expedited Consideration of Motions Ripe for Judicial Findings |
| 47 | 06/28/05 | MOA | Opposition to Motion for Oral Argument and Expedited Consideration of Motions Ripe for Judicial Findings |
| 48 | 07/05/05 | Pate | Motion to Strike Pltf's Supplemental Memorandum in Support of Request for Oral Argument and Expedited Consideration of Motions Ripe for Judicial Findings |
| 49 | 07/07/05 | MOA | Motion to Dismiss |
| 50 | 07/12/05 | Pate | Joinder of Dowl, Dowl Eng & Nana to Motion to Dismiss |
| 51 | 07/16/05 | Shipps | Motion and Order of Withdrawal of Counsel |
| 52 | 07/27/05 | Gamache | Entry of Appearance |
| 53 | 08/01/05 | Coffey | Oppo to Motion for Withdrawal of Counsel |
| 54 | 08/02/05 | Gamache | Unopposed Motion and Order to Hold in Abeyance all Pending Motions |
| 55 | 08/21/05 | Gamache | Plaintiffs' Opposition to MOA's Motion to Dismiss |
| 56 | 08/29/05 | MOA | Reply to Opposition to Motion to Dismiss |
| 57 | 09/08/05 | Gamache | LETTER re: supplemental authority |
| 58 | 09/13/05 | MOA | LETTER re: response to supplemental authority |
| 59 | 09/21/05 | Parties | Stipulation for Dismissal w/Prejudice as to NANA Development |

**MUNICIPALITY OF ANCHORAGE**

OFFICE OF THE MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Notice of Filing & Designation of State Ct. Proceeding Records
Stahlman, et al. v. New Peanut Farm, et al.
Sup. Ct. Case #: 3AN-05-6032
Page 5 of 6

| 60 | 10/12/05 | Parties | Stipulation for Dismissal w/o Prejudice as to Dowl |
| 61 | 10/21/05 | Court | Order Granting Stip to Dismiss w/o Prejudice as to Dowl |
| 62 | 12/09/05 | Gamache | Motion Withdrawing all Pending Pltfs' Motions w/o Prej |
| 63 | 12/19/05 | Gamache | Motion for Order Accepting 5th Amended Complaint |
| 64 | 12/19/05 | Gamache | 5th Amended Complaint |
| 65 | 12/19/05 | Parties | Stipulation and Order for Extension of time for Motions |

RESPECTFULLY submitted this ___29___ day of December, 2005.

FREDERICK H. BONESS
Municipal Attorney

By: _____
    Joshua M. Freeman
    Assistant Municipal Attorney
    Alaska Bar No. 0305015

I hereby certify that I caused to be mailed a
True and correct copy of the foregoing document
to:

Peter C. Gamache
&
Dan K. Coffey

On _12/30/05_ 2005
_____
Patricia A. Karella

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Notice of Filing & Designation of State Ct. Proceeding Records
Stahlman, et al. v. New Peanut Farm, et al.
Sup. Ct. Case #:  3AN-05-6032
Page 6 of 6