Joshua M. Freeman
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendant
Municipality of Anchorage

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE STAHLMAN FAMILY FOUNDATION, INC., Assignee for Pinettes, Inc., and TERRY STAHLMAN, and JIM GOARD, Individually,<br><br>                    Plaintiffs,<br><br>vs.<br><br>THE NEW PEANUT FARM, INC., DOWL, LLC, NANA DEVELOPMENT, INC, MUNICIPALITY OF ANCHORAGE, ZONING BOARD OF EXAMINERS AND APPEALS, DEPARTMENT COMMUNITY PLANNING AND DEVELOPMENT, A MUNICIPAL BUILDING OFFICIAL, Jack Lewis, Tim Potter, Ron Thompson And Donald Alspach, Individually.<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3AN-05-6032 CI
U.S. District Court Case No. A05-301 CV (JWS)

## SERVICE LIST OF PARTIES

Attorney for Plaintiffs:

Peter C. Gamache
LAW OFFICE OF PETER C. GAMACHE
405 W. 36th Ave., #201
Anchorage, AK  99503-5872
ABA #:  8211116
583-6969

Attorney for Defendants New Peanut Farm, Inc. and Jack Lewis:

Dan K. Coffey
LAW FIRM OF ERNOUF & COFFEY
207 E. Northern Lights Blvd., #200
Anchorage, AK  99503
ABA #:  7505011
274-3385
274-4258 (fax)

Attorney for defendants DOWL, LLC (dismissed), NANA Development, Inc. (dismissed), and Tim Potter (dismissed):

Mary L. Pate
EIDE, MILLER & PATE, PC
425 "G" St., #930
Anchorage, AK  99501
ABA #:  9011109
279-0930
279-0933 (fax)

Attorney for Defendants Municipality of Anchorage, Zoning Board of Examiners and Appeals, Department Community Planning and Development, and A Municipal Building Official:

Joshua M. Freeman
Assistant Municipal Attorney
P.O. Box 196650
Anchorage, AK  99519-6650
ABA #:  0305015
343-4545
343-4550 (fax)

Defendant Ron Thompson:  No attorney of record

Defendant Donald Alspach:  No attorney of record


DATED January 10, 2006.

      FREDERICK H. BONESS
      Municipal Attorney

      By:    s/    Joshua    M.    Freeman

Assistant Municipal Attorney
P.O. Box 196650
Anchorage, AK  99519-6650
(907) 343-4545
(907) 343-4550 – fax
uslit@muni.org
Alaska Bar No. 0305015

The undersigned hereby certifies that on 1/10/06 a true and correct copy of the *Service List of Parties* was served on:

Peter C. Gamache
LAW OFFICE OF PETER C. GAMACHE
405 W. 36th Ave., #201
Anchorage, AK  99503-5872

Dan K. Coffey
LAW FIRM OF ERNOUF & COFFEY
207 E. Northern Lights Blvd., #200
Anchorage, AK  99503

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing

/s Patricia A. Karella
Patricia A. Karella, Legal Secretary
Municipal Attorneys Office