Peter C. Gamache, Esq.
Law office of Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, Alaska 99503
(907) 563-6969
FAX (907) 563-5083
Email: peter_gamache@yahoo.com
Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| THE STAHLMAN FAMILY FOUNDATION, INC., et al. | ) ) |
| Plaintiffs, | ) |
| vs. | ) ) |
| THE NEW PEANUT FARM, INC., and THE MUNICIPALITY OF ANCHORAGE, | ) ) ) |
| Defendants. | ) ) ) |

Case No. 3:05-cv-00301 - TMB

### STIPULATION REGARDING CASE STATUS

In response to the Court's Status Conference of March 30, 2006, the plaintiffs, defendant The New Peanut Farm, Inc. and defendant Municipality of Anchorage, by and through counsel, hereby agree and stipulate as follows:

Parties.  The plaintiffs are The Stahlman Family Foundation, Inc., Assignee for Pinettes, Inc., and Terry Stahlman and Jim Goard, individually.  The defendants are The New Peanut Farm, Inc. and the Municipality of Anchorage.  All other previously named defendants, corporate or individual, have been dismissed or not served process and should be stricken.

Pleadings.  The Fifth Amended Complaint is accepted by the parties as the operative complaint, replacing and supplanting all previous complaints.  The defendants shall have until April 13, 2006 in which to file their answers.

Motions: All undecided motions pending in state court at the time of removal to federal court are deemed moot.


s/ Peter C. Gamache
Law office of Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, Alaska 99503
(907) 563-6969
FAX (907) 563-5983
Email: peter_gamache@yahoo.com
Alaska Bar No. 8211116


s/ W. Sherman Ernouf
Law Firm of Ernouf & Coffey, PC
207 E. Northern Lights Blvd., Suite 200
Anchorage, Alaska 99503
sernouf@eclawfirm.net
Alaska Bar No. 9806026
(Signed Electronically after review and approval of Defendant's Attorney)

s/ Joshua Freeman
Assistant Municipal Attorney
Municipality of Anchorage
Department of Law
632 West Sixth Avenue, Suite 720
Anchorage, Alaska 99501
FreemanJM@ci.anchorage.ak.us,
uslit@muni.org
Alaska Bar No. 0305015
(Signed Electronically after review and approval of Defendant's Attorney)


Certificate of Service

I hereby certify that on April 6, 2006 a copy of the foregoing **Stipulation Regarding Case Status** was served electronically on W. Sherman Ernouf and Joshua Freeman, counsel for co-defendants.

s/ Peter C. Gamache