IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE STAHLMAN FAMILY FOUNDATION, INC., Assignee for Pinettes, Inc., and TERRY STAHLMAN and JIM GOARD, Individually,<br><br>    Plaintiffs,<br><br>  vs.<br><br>THE NEW PEANUT FARM, INC., et al.,<br><br>    Defendants. | Case No. 3:05-cv-301 TMB<br><br>O R D E R |

      This matter originated in Superior Court, Third Judicial District, State of Alaska, on March 16, 2005.  On December 30, 2005, the defendants  Municipality of Anchorage, Zoning Board of Examiners and Appeals, Department Community Planning and Development, and Municipal Building Official noticed the removal of this action to the United States District Court.  Docket 1.

      A status conference was held before this Court on Thursday, March 30, 2006, and the parties were directed to file a stipulation to resolve several matters regarding the status of this case.  The parties filed a Stipulation on April 6, 2006, indicating that they wish to proceed under the Fifth Amended Complaint, and indicating which parties remain active Plaintiffs and Defendants in this matter.  Docket 10.

      The Stipulation indicates that the remaining Defendants are "The New Peanut Farm, Inc. and the Municipality of Anchorage."  Based on the Stipulation, it appears that the Zoning Board of Examiners and Appeals, the Department Community Planning and Development, and the Municipal Building Official no longer are parties to this matter.  However, all three entities are named as Defendants in the Fifth Amended Complaint.  Accordingly, the Court suspects it is possible that the reference to "the Municipality of Anchorage" in the Stipulation was intended to encompass all of these entities.   The parties are directed to file a clarification with the Court by April 12, 2006.

      Dated at Anchorage, Alaska, this 7th day of April, 2006.

                                                             /s/ Timothy Burgess
                                                            Timothy M. Burgess
                                                            United States District Judge