Joshua M. Freeman
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545

Attorney for Defendant
Municipality of Anchorage

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE STAHLMAN FAMILY FOUNDATION, INC., Assignee for Pinettes, Inc., and TERRY STAHLMAN, and JIM GOARD, Individually,<br><br>   Plaintiffs,<br><br>vs.<br><br>THE NEW PEANUT FARM, INC., et al.,.<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

U.S. District Court Case No. A05-301 CV (TMB)

### SECOND STIPULATION REGARDING CASE STATUS

This second stipulation regarding case status is to clarify the stipulation regarding case status filed by the parties on April 6, 2006, and is in response to the court's order dated April 7, 2006.

Parties hereby stipulate that Zoning Board of Examiners and Appeals, Department of Community Planning and Development, and Municipal Building Official are no longer parties in this matter. Reference to the Municipality of Anchorage in this matter is intended to encompass all of these entities.

DATED April 12, 2006.

              s/ Joshua M. Freeman

Assistant Municipal Attorney
P.O. Box 196650
Anchorage, AK 99519-6650
(907) 343-4545
(907) 343-4550 – fax
uslit@muni.org
Alaska Bar No. 0305015

s/ Peter C. Gamache
Law Office of Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, AK 99503
(907) 563-6969
FAX (907) 563-5983
peter_gamache@yahoo.com
Alaska Bar No. 821116
(Signed electronically after review and approval)

s/ W. Sherman Ernouf
Law Firm of Ernouf & Coffey, PC
207 E. Northern Lights Blvd., Suite 200
Anchorage, AK 99503
sernouf@eclawfirm.net
Alaska Bar No. 9806026
(Signed electronically after review and approval)

The undersigned hereby certifies that on April 12, 2006 a true and correct copy of the Second Stip Re: Case Status was served on:

- Peter C. Gamache
- Mary L. Pate

Dan K. Coffey/Sherman Ernouf
Law Office of Dan K. Coffey
207 E. Northern Lights Boulevard
Suite 200
Anchorage, AK 99503

by first class regular mail, if noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic Filing

s/ Joshua M. Freeman
Municipal Attorneys Office