Joshua M. Freeman
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
(907) 343-4545
(907) 343-4550 – fax
uslit@muni.org
ABA # 0305015

Attorney for Defendant
Municipality of Anchorage

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE STAHLMAN FAMILY FOUNDATION, INC., Assignee for Pinettes, Inc., and TERRY STAHLMAN, and JIM GOARD, Individually, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| THE NEW PEANUT FARM, INC.,  et al., | ) ) |
| Defendants. | ) ) |

Case No. 3AN-05-6032 CI
U.S. District Court Case No. A05-301 CV (JWS)

## <u>ORDER ON RENEWED MOTION TO DISMISS</u>

Having considered the renewed motion to dismiss submitted by Municipality of

Anchorage, and any opposition thereto;

IT IS HEREBY ORDERED, the Municipality's motion to dismiss is GRANTED.

Plaintiffs' action against the Municipality is dismissed in its entirety for failure to state a

claim upon which relief can be granted.

DATED: _____, 2006.


By:     _____
        Timothy M. Burgess
        U. S. District Court Judge

The undersigned hereby certifies that on _____ a
true and correct copy of the Order on Motion to Dismiss
Fifth Amended Complaint was served on:

Peter C. Gamache

William S. Ernouf

Mary L. Pate

Joshua M. Freeman

Dan K. Coffey
Law Office of Dan K. Coffey
207 E. Northern Lights Boulevard
Suite 200
Anchorage, AK  99503


by first class regular mail, if noted above, or by electronic
means through the ECF system as indicated on the Notice
of Electronic Filing

_____

Order on (Renewed) Motion to Dismiss 5th Amended Complaint
Stahlman, et al. v. The New Peanut Farm, et al.
US Dis. Ct. A05-301 CV (TMB)
Page 2 of 2