Mary L. Pate, Esq.
Alaska Bar No. 9011109
EIDE, MILLER & PATE, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
Telephone: (907) 279-0930
Facsimile: (907) 279-0933

Attorneys for Defendants
   Dowl Engineers, Dowl, LLC,
   Nana Development, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE STAHLMAN FAMILY FOUNDATION, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| THE NEW PEANUT FARM, INC., et al., | ) ) ) |
| Defendants. | ) ) ) Case No. 3:05-cv-301 TMB |

REQUEST TO BE REMOVED FROM SERVICE LIST

Attorneys for Defendants Dowl Engineers; Dowl, LLC; and Nana Development, Inc., by and through their counsel, hereby file this Request to Be Removed From Service List, as these three defendants have been dismissed from the above-captioned case. Please remove this law firm from all service lists.

Request
*Stahlman v. The New Peanut Farm, et al.*, Case No. 3AN-05-6032 Ci

EIDE, MILLER & PATE, P.C.
Attorneys for Attorneys for Defendants
Dowl Engineers, Dowl, LLC,
Nana Development, Inc.

4/28/06
Date

By: _____
Mary L. Pate
Alaska Bar No. 9011109

CERTIFICATE OF SERVICE

Patti J. Juliussen certifies as follows:
That I am a legal secretary employed at the
law firm of Eide, Gingras & Pate.

That on this 10th day of May, 2006, I sent by

[ ] facsimile
[ ] hand delivery
[ ] first class mail
[ ] certified mail/return receipt requested
[ ] restricted delivery
[X] electronic e-mail

a true and accurate copy of the foregoing document
to the following person:

Dan K. Coffey, Esq.
Attorney for The New Peanut Farm, Inc. and Jack Lewis
Law Offices of Dan K. Coffey, PC
207 E. Northern Lights Blvd, Suite 200
Anchorage, AK 99503

Joshua M. Freeman, Esq.
Attorney for MOA, Zoning Board of Examiners and Appeals,
Department Community Planning & Development
and Municipal Building Official
Assistant Municipal Attorney
Department of Law
Municipality of Anchorage
P.O. Box 196650
Anchorage, AK 99519-6650

Peter C. Gamache, Esq.
405 W. 36th Ave., No. 774
Anchorage, AK 99503

By _____
Patti J. Juliussen

Request
*Stahlman v. The New Peanut Farm, et al.*, Case No. 3AN-05-6032 Ci

Eide, Miller & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax