Dear Municipal Administrative Official,

My name is Terry Stahlman and I am a taxpayer and father in the Municipality of Anchorage. As a taxpayer, I think it is important that our public officials carry out the duties that I, as a taxpayer, pay them to carry out. As a father, I want my children to know our taxes ensure that the government has money to provide equal treatment for all Americans.

I used to lease from The Peanut Farm. Hell, I almost made a deal with them to run my club for 20 years. They must have gotten a better deal.

I remember when they put that deck in. It was such a wonderful, and big project, I assumed they had permits. And boy do I know the importance of obtaining the necessary municipal permits to legally operate a business. If I want to build anything that requires a permit before doing it, by God, I get that permit. As a business owner and taxpayer, I am glad that we have a public hearing during the municipal variance process.

I heard that they were going to have a hearing on the variance The New Peanut Farm requested for the deck. I though it was odd that they would have a hearing on that, since I assumed they already got those permits to build that neat deck. I also figured the bridge was a pretty big project that might have needed a permit.

I was going to go to the hearing to listen in. Well, I decided not to go since I did not see the hearing for the variance appear on the Agenda for the Zoning Board of Examiners and Appeals meeting set for April 8, 2004.

Next thing you know, I hear that at an earlier hearing, some of the Zoning Board folks admitted the deck was built without necessary permits, and illegally.

Since I have to obey the municipal laws, The Peanut Farm should have to. Since they built the deck illegally, they broke the law. As a citizen, one is required to pay their debt to society when they break the law. Now The Peanut Farm must pay their debt to society for breaking the law.

I am requesting that an administrative official order the Peanut Farm to remove the deck and start from scratch, like any other property owner who built something in violation of Title 21. I am requesting that an administrative official levy the appropriate civil fines. I am also requesting that I be given notice, through my counsel, of any subsequent public hearings concerning The Peanut Farm.

In Liberty,

Terry Stahlman

Cc: Law Office of Ra P. Shipps



Exhibit 4