

**the NEW PEANUT FARM**

Old Seward Highway and International Airport Road • Anchorage, Alaska • (907) 563-3283
5200 Juneau St. • Anchorage, Alaska 99518

March 1, 2004

Mr. Terry Stahlman
Mr. Jim Goard
Pinette, Inc. and T&S Enterprises
9230 Buddy Werner Dr.
Anchorage, AK 99507

Re: April 2004 Demolition of Showboat-Flippers Building. Tract K Campbell Creek Commercial Park

Dear Terry and Jim,

It's been an interesting time of events between the New Peanut Farm, Inc. (Landlord) and Pinette, Inc. (Showboat Tenant) from the original lease beginning April 19, 1994 and then a month-to-month rental agreement through March 2004.

Demolition will start the first week of April 2004 and construction of the Peanut Farm addition will begin May 1, 2004.

As per our many phone conversations and meetings the past two years, please use the month of March to remove all Pinette equipment and personal property from the building. Also, we would like to settle up on past rents later this month. Please give us a call.

Sincerely,

Michael T. Johnson
Owner
The New Peanut Farm, Inc.

Jack M. Lewis
Owner
The New Peanut Farm, Inc.

Exhibit 3