Peter C. Gamache, Esq.
Law office of Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, Alaska 99503
(907) 563-6969
FAX (907) 563-5083
Email: peter_gamache@yahoo.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE STAHLMAN FAMILY FOUDATION, INC.,) Assignee for PINETTES, INC., and TERRY STAHLMAN AND JIM GOARD, Individually, ) ) ) Plaintiffs, ) ) vs. ) ) THE NEW PEANUT FARM, INC., and THE MUNICIPALITY OF ANCHORAGE, ) ) ) Defendants. ) ) | Case No. 3:05-cv-00301-TMB |

**JOINT STATUS REPORT**

Pursuant to the court's order of May 9, 2006 [Document 24] the parties herein submit their joint status report:

JOINT STATUS REPORT
Stahlman, et al. v.New Peanut Farm &  MOA
Case No. 3:05-cv-00301-TMB                                                                                           Page 1 of 4

A. Nature of the Case

1. Lead Attorneys

The lead attorneys are Peter C. Gamache for the plaintiffs; William S Ernouf for defendant New Peanut Farm Inc.; and Joshua M. Freeman, Assistant Municipal Attorney for defendant Municipality of Anchorage.

2. Basis of Federal Jurisdiction

This case was removed from the Alaska Superior Court by defendant Municipality of Anchorage pursuant to 28 U.S.C. § 1441 based on federal claims in the complaint.

3. Nature of the Claims and Counterclaims

The plaintiffs operated an adult entertainment establishment on premises leased from defendant New Peanut Farm, Inc.  The complaint alleges that the plaintiffs lost their expectation for a lease renewal, and their business, as a result of various acts by defendants, which acts violated plaintiffs' rights. There are no counterclaims.

4. Parties Not Served - None

5. Principal Legal Issues

The principal legal issues involving defendant Municipality of Anchorage concern municipal building and environmental licensing and permitting, open meetings, inverse condemnation, interference with prospective economic advantage, restraint of trade, First Amendment rights, and 42 U.S.C. § 1983.  Those involving defendant New Peanut Farm concern breach of a lease agreement, breach of a constructive contract, and breach of the covenant of good faith and fair dealing. Finally, and involving both defendants, is the legal issue of infliction of emotional distress upon defendants Terry Stahlman and Jim Goard.

6. Principal Factual Issues

The principal factual issues as to the Municipality of Anchorage involve the various permits and licenses issues to the New Peanut Farm for its renovation, and the permits and licenses denied to plaintiffs.  The principal factual issues as to the New Peanut Farm

Law Office of Peter C. Gamache
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

JOINT STATUS REPORT
Stahlman, et al. v.New Peanut Farm &  MOA
Case No. 3:05-cv-00301-TMB                                                                                          Page 2 of 4

involve the circumstances of the lease renewal negotiations, the lease non-renewal, and the closing of plaintiffs' adult entertainment business.

  B.  Discovery

   1. Completed and Remaining Discovery

No other discovery has been done due to settlement negotiations with the municipality and due to the plaintiff Terry Stahlman's unavailability due to an overriding family matter

   2. Pending and Anticipated Motions

The Municipality has filed a motion to dismiss which was joined by defendant New Peanut Farm. [Documents 17 and 21]

   3. Previous Substantive Rulings

Following a court ordered status conference, the parties stipulated, and the court ordered, that the case proceed based on the Plaintiffs' Fifth Amended Complaint.

   4. Previously Filed Status Reports

A Rule 26(f) report of the parties is due June 2, 2006. [Document 16]

  C.  Trial

   1. Anticipated Trial Length

Trial length is under discussion by the parties; plaintiffs estimate 5 days.

   2. Jury Demand

The original complaint was filed on 3/16/05 in the Alaska Superior Court in Case No. #AN-05-06032 CI..  Plaintiffs filed a demand for jury trial on 3/24/05.

  D.  Settlement

   1. Status of Settlement Discussions

The plaintiffs believe that they will shortly settle with defendant Municipality of Anchorage.

   2. Requests for a Settlement Conference

No settlement conference is requested at this time.

Law Office of Peter C. Gamache
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

JOINT STATUS REPORT
Stahlman, et al. v.New Peanut Farm &  MOA
Case No. 3:05-cv-00301-TMB                                                                                                Page 3 of 4

Dated at Anchorage, Alaska this 23rd day of May, 2006

    s/ Peter C. Gamache
Law office of Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, Alaska 99503
(907) 563-6969
FAX (907) 563-5983
Email: peter_gamache@yahoo.com
Alaska Bar No. 8211116

**Certificate of Service**

The undersigned certifies that on May 23, 2006
a true and correct copy of Joint Status Report
was served electronically by the ECF system on:

-William S. Ernouf

-Joshua Freeman

/s/ Peter C. Gamache

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

JOINT STATUS REPORT
Stahlman, et al. v.New Peanut Farm & MOA
Case No. 3:05-cv-00301-TMB    Page 4 of 4