Peter C. Gamache, Esq.
Law office of Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, Alaska 99503
(907) 563-6969
FAX (907) 563-5083
Email: peter_gamache@yahoo.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE STAHLMAN FAMILY FOUDATION, INC.,<br>Assignee for PINETTES, INC., and TERRY<br>STAHLMAN AND JIM GOARD, Individually,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>THE NEW PEANUT FARM, INC., and<br>THE MUNICIPALITY OF ANCHORAGE,<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-00301-TMB |

**NOTICE OF SETTLEMENT**

The above named plaintiffs and defendant, Municipality of Anchorage, hereby provide notice that all issues and claims between them in this matter have been resolved, and that this notice will be followed by a stipulated dismissal with prejudice of the Municipality of Anchorage as a defendant. Pending motions filed by the Municipality of

NOTICE OF SETTLEMENT
Stahlman, et al. v.New Peanut Farm &  MOA
Case No. 3:05-cv-00301-TMB                                                                                           Page 1 of 2

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

Anchorage should be held in abeyance until dismissal, and thereafter denied as moot. This settlement does not affect the plaintiffs' claims against defendant The New Peanut Farm, Inc.

Dated at Anchorage, Alaska this 24th day of May, 2006

Law Office of Peter C. Gamache

s/ Peter C. Gamache
Peter C. Gamache, ASBA #8211116
Attorney for Plaintiffs

**Certificate of Service**

The undersigned certifies that on May 23, 2006
a true and correct copy of this Notice of Settlement
was served electronically by the ECF system on:

-William S. Ernouf

-Joshua Freeman

/s/ Peter C. Gamache

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

NOTICE OF SETTLEMENT
Stahlman, et al. v.New Peanut Farm & MOA
Case No. 3:05-cv-00301-TMB                                           Page 2 of 2