Peter C. Gamache, Esq.
Law office of Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, Alaska 99503
(907) 563-6969
FAX (907) 563-5083
Email: peter_gamache@yahoo.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE STAHLMAN FAMILY FOUDATION, INC.,) <br> Assignee for PINETTES, INC., and TERRY ) <br> STAHLMAN AND JIM GOARD, Individually, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> THE NEW PEANUT FARM, INC., and ) <br> THE MUNICIPALITY OF ANCHORAGE, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:05-cv-00301-TMB |

### PROPOSED

### ORDER GRANTING TERMS OF STIPULATION FOR DISMISSAL
### OF DEFENDANT MUNICIPALITY OF ANCHORAGE

    Pursuant to Civil Rule 41(a)(1)(ii) the parties stipulated to the dismissal with prejudice of defendant Municipality of Anchorage. This order grants the other terms included in the stipulation.

ORDER OF DISMISSAL
Stahlman, et al. v.New Peanut Farm & MOA
Case No. 3:05-cv-00301-TMB                                                              Page 1 of 2

Law Office of Peter C. Gamache
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

     1. The defendant Municipality of Anchorage is dismissed with prejudice as a defendant in this case;

     2. The plaintiffs and defendant Municipality of Anchorage shall each bear their own costs and fees;

     (3) The defendant Municipality may be removed from the case caption for purposes of future court filings;

     (4) The pending Motion to Dismiss Fifth Amended Complaint [Document 17] filed by the Municipality of Anchorage is denied as moot;

     (5) The dismissal of defendant Municipality of Anchorage does not otherwise affect the plaintiffs' claims against defendant the New Peanut Farm, Inc.

     Dated at Anchorage, Alaska this _____ day of May, 2006

     /s/ Timothy Burgess
Timothy M Burgess
United States District Judge

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

ORDER OF DISMISSAL
Stahlman, et al. v.New Peanut Farm & MOA
Case No. 3:05-cv-00301-TMB    Page 2 of 2