Peter C. Gamache, Esq.
Law office of Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, Alaska 99503
(907) 563-6969
FAX (907) 563-5083
Email: peter_gamache@yahoo.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE STAHLMAN FAMILY FOUDATION, INC.,) <br> Assignee for PINETTES, INC., and TERRY ) <br> STAHLMAN AND JIM GOARD, Individually, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> THE NEW PEANUT FARM, INC., and ) <br> THE MUNICIPALITY OF ANCHORAGE, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:05-cv-00301-TMB |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**OF DEFENDANT MUNICIPALITY OF ANCHORAGE**

The above named parties, by and trough their respective counsel, and pursuant to Civil Rule 41(a)(1)(ii), hereby stipulate and agree to the dismissal with prejudice of the Municipality of Anchorage as a defendant in this case. The plaintiffs and defendant Municipality of Anchorage shall each bear their own costs and fees. The parties further

STIPULATION OF DISMISSAL
Stahlman, et al. v.New Peanut Farm &  MOA
Case No. 3:05-cv-00301-TMB                                                                                         Page 1 of 2

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

stipulate and agree that (1) the defendant Municipality may be removed from the case caption, (2) that the pending Motion to Dismiss Fifth Amended Complaint filed by the Municipality of Anchorage [Document 17] be denied as moot, and (3) that this dismissal does not affect the plaintiffs' claims against defendant the New Peanut Farm, Inc.

Dated at Anchorage, Alaska this 25th day of May, 2006

Law Office of Peter C. Gamache

s/ Peter C. Gamache
ASBA #8211116
Attorney for Plaintiffs


The Municipality of Anchorage

s/ Joshua M. Freeman (consent)
 ASBA #0305015
Assistant Municipal Attorney


Ernouf & Coffey, PC

s/W. Sherman Ernouf (consent)
 ASBA #9806026
Attorney for Defendant
The New Peanut Farm, Inc.

**Certificate of Service**

The undersigned certifies that on May 26, 2006
a true and correct copy of this Stipulated Dismissal
was served electronically by the ECF system on:

-W. Sherman Ernouf

-Joshua Freeman

s/ Peter C. Gamache

STIPULATION OF DISMISSAL
Stahlman, et al. v.New Peanut Farm & MOA
Case No. 3:05-cv-00301-TMB                                                                 Page 2 of 2

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969