W. Sherman Ernouf
The Law Offices of Ernouf & Coffey, P.C.
207 E Northern Lights, Blvd., Suite 200
Anchorage, Alaska  99503
(907) 274-3385
(907) 274-4258 – fax
sernouf@eclawfirm.net
ABA# 9806026

Attorney for Defendant
The New Peanut Farm, Inc.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE STAHLMAN FAMILY FOUNDATION, INC., Assignee for Pinettes, Inc., and TERRY STAHLMAN, and JIM GOARD, Individually | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| THE NEW PEANUT FARM, INC. | ) ) |
| Defendant. | ) ) |

U.S. District Court Case No. A05-301 CV (TMB)

**MOTION FOR SUMMARY JUDGMENT**

The Law Offices of Ernouf and Coffey, attorneys for Defendant New Peanut Farm, Inc., hereby move for summary judgment as supported by the Memorandum of Law in Support of Motion for Summary Judgment hereto attached.

DATED at Anchorage this 26th day of May 2006.

1

<pre>
                         s/ W. Sherman Ernouf
                         The Law Offices of Ernouf & Coffey, P.C.
                         207 E Northern Lights, Blvd., Suite 200
                         Anchorage, Alaska   99503
                         (907) 274-3385
                         (907) 274-4258 – fax
                         sernouf@eclawfirm.net
                         ABA# 9806026
</pre>

I hereby certify that on May 26, 2006,
a copy of the foregoing Motion for Summary
Judgment was served electronically on:

-Peter C. Gamache
-Mary L. Pate
-Joshua M. Freeman

s/ W. Sherman Ernouf
The Law Offices of Ernouf & Coffey, P.C.