W. Sherman Ernouf
The Law Offices of Ernouf & Coffey, P.C.
207 E Northern Lights, Blvd., Suite 200
Anchorage, Alaska  99503
(907) 274-3385
(907) 274-4258 – fax
sernouf@eclawfirm.net
ABA# 9806026

Attorney for Defendant
The New Peanut Farm, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

```
THE STAHLMAN FAMILY FOUNDATION, INC., )
Assignee for Pinettes, Inc., and      )
TERRY STAHLMAN, and JIM GOARD,        )
Individually                          )
                                      )
        Plaintiffs,                   )
                                      )
    vs.                               )
                                      )
THE NEW PEANUT FARM, INC.             )
                                      )
        Defendant.                    )
_____)
```
U.S. District Court Case No. A05-301 CV (TMB)

## ORDER

Having considered The New Peanut Farm's Motion for Summary Judgment and Memorandum in Support thereof, Defendant's Motion for Summary Judgment is hereby GRANTED.

DATED at Anchorage, Alaska this ____ day of _____, 2006.

By:_____
Honorable Timothy M. Burgess

1

2

                                                U.S. District Court Judge

```
I hereby certify that on May 26, 2006,
a copy of the foregoing Order
was served electronically on:

-Peter C. Gamache
-Mary L. Pate
-Joshua M. Freeman

s/ W. Sherman Ernouf
The Law Offices of Ernouf & Coffey, P.C.
```