## STANDARD BUSINESS PREMISES LEASE

LEASE AGREEMENT made effective the 1st day of April, 2001, by and between THE NEW PEANUT FARM, INC., referred to as "Landlord," and PINETTE, INC. and TERRY STAHLMAN, collectively referred to as "Tenant."

In consideration of acts performed and to be performed, mutual promises made and exchanged, monies paid and to be paid, and other good and valuable consideration, receipt of which is hereby acknowledged, the parties agree as follows:

1. **Leased Premises.** Landlord hereby lets and leases to Tenant, and Tenant hereby leases and takes from Landlord that certain building located on real property in the Anchorage Recording District, Third Judicial District, State of Alaska, which real property is described as follows:

Tract "K" of CAMPBELL CREEK COMMERCIAL PARK SUBDIVISION, according to the official plat thereof, filed under Plat No. 72-225; records of the Anchorage Recording District, Third Judicial District, State of Alaska.

In addition, to the extent of joint use of parking as described in this Lease, Tenant is authorized to make joint use of the following described parcel to the extent that it is dedicated to parking:

Tract "J-One" (J-1) of CAMPBELL CREEK COMMERCIAL PARK SUBDIVISION, according to the official plat thereof, filed under Plat No. 79-55; records of the Anchorage Recording District, Third Judicial District, State of Alaska.

The Leased Premises are more specifically described in the plat, drawings and description attached as Exhibit "A."

2. **Term of Lease.** The term of this Lease shall be ~~five years~~ 1-YEAR / 1-YEAR / month/month, commencing on the 1st day of April, 2001 and continuing through March 31, 2006.

3. **Rent.** Tenant shall pay Landlord rent in the following amounts:

| Months During Period | | Monthly Amount |
|---|---|---|
| April 1, 2001 through March 31, 2002 | 1-yr lease | 6,666.67 |
| April 1, 2002 through March 31, 2003 | 1-yr lease | ~~6,666.67~~ |
| April 1, 2003 through March 31, 2004 | month to month | ~~8,333.33~~ |
| April 1, 2004 through March 31, 2005 | | ~~8,333.33~~ |
| April 1, 2005 through March 31, 2006 | | ~~8,333.33~~ |

$10,000.00 per month →

* As per phone conversation ~~Mar~~ 30, 2001 / Jan 30, 2001 Agreed with Terry Stahlman

Standard Business Premises Lease

Exhibit 2

31. **Entire Agreement.** This written Lease constitutes the entire agreement between the parties and supersedes all other prior or contemporaneous agreements between the parties, oral or written, not included herein.

**LANDLORD:**

THE NEW PEANUT FARM, INC.

*[signature]*

By ~~MICHAEL T. JOHNSON, President~~

By _____
JACK LEWIS, Secretary

**TENANT:**

(1) PINETTE, INC. (jointly and severally)

By _Terry Stahlman_
Its _Owner_
Agreed by phone conversation
1/30/2001 / MAR 30, 2001

(2) _____
TERRY STAHLMAN (individually, personally, jointly and severally)

STATE OF ALASKA     )
                   ) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this _____ day of _____, 2000, before me, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn, personally appeared MICHAEL T. JOHNSON and JACK LEWIS, known to me and known to be the President and Secretary respectively of The New Peanut Farm, Inc., named in and who executed the foregoing instrument, and they acknowledged to me that they signed the same freely and voluntarily, for the uses and purposes therein mentioned.

_____
NOTARY PUBLIC - STATE OF ALASKA
My Commission Expires: _____

STATE OF ALASKA     )
                   ) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this _____ day of _____, 2000, before me, the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn, personally appeared _____ to me known to be the _____ of PINETTE, INC., the corporation that executed the foregoing instrument; and he acknowledged the execution to be the free and voluntary act and deed of the corporation for the uses and purposes therein mentioned, and on oath stated that he was authorized to execute the instrument.

Standard Business Premises Lease

Page 11