W. Sherman Ernouf
The Law Offices of Ernouf & Coffey, P.C.
207 E Northern Lights, Blvd., Suite 200
Anchorage, Alaska  99503
(907) 274-3385
(907) 274-4258 – fax
sernouf@eclawfirm.net
ABA# 9806026

Attorney for Defendant
The New Peanut Farm, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE STAHLMAN FAMILY FOUNDATION, INC., Assignee for Pinettes, Inc., and TERRY STAHLMAN, and JIM GOARD, Individually<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>THE NEW PEANUT FARM, INC.<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

U.S. District Court Case No. A05-301 CV (TMB)

### **MOTION TO DISMISS**

　　　The Law Offices of Ernouf and Coffey, attorneys for Defendant New Peanut Farm, Inc., hereby move to dismiss as supported by the Memorandum of Law in Support of Motion to Dismiss hereto attached.

　　　DATED at Anchorage this 26th day of May 2006.

1

```
                              s/ W. Sherman Ernouf
                              The Law Offices of Ernouf & Coffey, P.C.
                              207 E Northern Lights, Blvd., Suite 200
                              Anchorage, Alaska  99503
                              (907) 274-3385
                              (907) 274-4258 – fax
                              sernouf@eclawfirm.net
                              ABA# 9806026
```

I hereby certify that on May 26, 2006,
a copy of the foregoing Motion to Dismiss
was served electronically on:

-Peter C. Gamache
-Mary L. Pate
-Joshua M. Freeman

s/ W. Sherman Ernouf
The Law Offices of Ernouf & Coffey, P.C.

2