W. Sherman Ernouf
The Law Offices of Ernouf & Coffey, P.C.
207 E Northern Lights, Blvd., Suite 200
Anchorage, Alaska  99503
(907) 274-3385
(907) 274-4258 – fax
sernouf@eclawfirm.net
ABA# 9806026

Attorney for Defendant
The New Peanut Farm, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE STAHLMAN FAMILY FOUNDATION, INC., Assignee for Pinettes, Inc., and TERRY STAHLMAN, and JIM GOARD, Individually,  Plaintiffs, vs. THE NEW PEANUT FARM, INC.  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

U.S. District Court Case No. A05-301 CV (TMB)

### ORDER

Having considered The New Peanut Farm's Motion to Dismiss and Memorandum in Support thereof, Defendant's Motion to Dismiss is hereby GRANTED.

DATED at Anchorage, Alaska this ____ day of _____, 2006.

By:_____
Honorable Timothy M. Burgess
U.S. District Court Judge

1

```
I hereby certify that on May 26, 2006,
a copy of the foregoing Order
was served electronically on:

-Peter C. Gamache
-Mary L. Pate
-Joshua M. Freeman

s/ W. Sherman Ernouf
The Law Offices of Ernouf & Coffey, P.C.
```