IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE STAHLMAN FAMILY FOUDATION, INC.,)<br>Assignee for PINETTES, INC., and TERRY )<br>STAHLMAN AND JIM GOARD, Individually, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>THE NEW PEANUT FARM, INC., and )<br>THE MUNICIPALITY OF ANCHORAGE, )<br>)<br>Defendants. )<br>_____) | ORDER<br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-00301-TMB |

     Pursuant to Civil Rule 41(a)(1)(ii) the parties stipulated to the dismissal with prejudice of defendant Municipality of Anchorage. This order grants the other terms included in the stipulation.

     1. The defendant Municipality of Anchorage is dismissed with prejudice as a defendant in this case;

     2. The plaintiffs and defendant Municipality of Anchorage shall each bear their own costs and fees;

     3. The defendant Municipality may be removed from the case caption for purposes of future court filings;

     4. The pending Motion to Dismiss Fifth Amended Complaint [Document 17] filed by the Municipality of Anchorage is denied as moot;

     5. The dismissal of defendant Municipality of Anchorage does not otherwise affect the plaintiffs' claims against defendant the New Peanut Farm, Inc.

     Dated at Anchorage, Alaska this 30th day of May, 2006.

                                               /s/ Timothy Burgess
                                               Timothy M Burgess
                                               United States District Judge