Peter C. Gamache, Esq.
Law office of Peter C. Gamache
405 W. 36th Avenue, Suite 201
Anchorage, Alaska 99503
(907) 563-6969
FAX (907) 563-5083
Email: peter_gamache@yahoo.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THE STAHLMAN FAMILY FOUDATION, INC.,) Assignee for PINETTES, INC., and TERRY STAHLMAN AND JIM GOARD, Individually, ) ) ) Plaintiffs, ) ) vs. ) ) THE NEW PEANUT FARM, INC., ) ) Defendant. ) _____ ) | Case No. 3:05-cv-00301-TMB |

**PROPOSED**

**ORDER FOR REMAND TO STATE COURT**

The plaintiffs, by and through counsel and pursuant to 28 U.S.C. §1447(c), having moved to remand the case to state court for lack of federal subject matter jurisdiction,

The court finds that dismissal with prejudice of defendant Municipality of Anchorage and the plaintiffs' claims against the Municipality has likewise dismissed all of the federally based claims in the Fifth Amended Complaint in this case, and that none of

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

ORDER FOR REMAND TO STATE COURT
Stahlman, et al. v.New Peanut Farm & MOA
Case No. 3:05-cv-00301-TMB                                                                                         Page 1 of 2

the remaining claims against defendant the New Peanut Farm are based on federal law. The court concludes that it lacks subject matter subject matter jurisdiction, and that remand to state court is preferable to dismissal.

    WHEREFORE, IT IS ORDERED,

That this case is remanded to the Superior Court for the State of Alaska, and that each party shall bear its own costs and fees in conjunction with the removal to federal court.

    Dated at Anchorage, Alaska this _____ day of June, 2006

                                   Timothy M Burgess
                                   United States District Judge

**Law Office of Peter C. Gamache**
405 W. 36th AVENUE, SUITE 201
ANCHORAGE, ALASKA 99503-5872
(907) 563-6969

ORDER FOR REMAND TO STATE COURT
Stahlman, et al. v.New Peanut Farm & MOA
Case No. 3:05-cv-00301-TMB        Page 2 of 2